UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:23-cr-20473-PCH**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY LUIS DIAZ PEREZ,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** is before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("R&R") on Change of Plea [ECF No. 22], which was entered on February 6, 2024. In the R&R, Chief Magistrate Judge Torres found that the Defendant freely and voluntarily entered a plea of guilty as to Count 1 of the Information, charging him with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371.

Chief Magistrate Judge Torres recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Information, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Chief Magistrate Judge Torres' R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Chief Magistrate Judge Torres' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the Information; and (3) a

sentencing hearing for Defendant before the Honorable Paul C. Huck is set for **April 22, 2024, at 9:00 A.M.**

**DONE AND ORDERED** in Miami, Florida, on February 12, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Edwin G. Torres
Counsel of record